UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALISON RENEE MARSHALL,              **INDICTMENT**

    Defendant.

                                  /

The Grand Jury charges:

(Tampering with a Consumer Product)

From on or about July 21, 2020 to August 20, 2020, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

**ALISON RENEE MARSHALL,**

with reckless disregard for the risk that another person would be placed in danger of death or bodily injury and under circumstances manifesting extreme indifference to such risk, tampered with a consumer product that affected interstate commerce. Specifically, the defendant, working as a registered nurse in the interventional radiology unit of a hospital, tampered with vials of fentanyl stored inside the hospital's Pyxis machines by removing the fentanyl from the vials using a syringe and replacing it with another liquid, knowing that the diluted fentanyl was to be dispensed to patients.

**18 U.S.C. § 1365(a)(4)**

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
RAYMOND E. BECKERING III
Assistant United States Attorney